

FILED
CLERK, U.S. DISTRICT COURT

OCT 15 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. ED CR 08-41(A)-SGL |
| Plaintiff, | ) | F I R S T |
| | ) | S U P E R S E D I N G |
| | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | [21 U.S.C. § 846: Conspiracy; |
| | ) | 21 U.S.C. §§ 841(a)(1), |
| | ) | (b)(1)(C), (b)(1)(D), (b)(2): |
| | ) | Distribution and Dispensing of |
| | ) | a Controlled Substance;  21 |
| | ) | U.S.C. §§ 841(a)(1), (b)(1)(C): |
| JOEL STANLEY DREYER, and | ) | Distribution and Dispensing of |
| MITCHELL GARRETT HOWARD, | ) | a Controlled Substance |
| | ) | Resulting in Death; 21 U.S.C. |
| Defendants. | ) | §§ 841(a)(1), 859: Distribution |
| | ) | and Dispensing of Controlled |
| | ) | Substance to Persons Under |
| | ) | Twenty-One Years of Age; |
| | ) | 21 U.S.C. §§ 846, 841(a)(1), |
| | ) | (b)(1)(D), (b)(2): Attempted |
| | ) | Distribution and Dispensing of |
| | ) | a Controlled Substance; 18 |
| | ) | U.S.C. § 2(b): Causing an Act |
| | ) | to Be Done] |
| | ) | |

///

AFR:afr

1    The Grand Jury charges:

2                           COUNT ONE

3                        [21 U.S.C. § 846]

4    A.    OBJECTS OF THE CONSPIRACY

5         Beginning on a date unknown, and continuing to on or about

6    July 24, 2007, in Riverside County, within the Central District of

7    California,   and   elsewhere,   defendants   JOEL   STANLEY   DREYER

8    ("DREYER") and MITCHELL GARRETT HOWARD ("HOWARD"), and others known

9    and unknown to the Grand Jury, conspired and agreed with each other

10   to knowingly and intentionally possess with intent to distribute,

11   and to distribute, oxycodone, a schedule II controlled substance,

12   in violation of Title 21, United States Code, Sections 841(a)(1)

13   and (b)(1)(C).

14        It is further alleged that at the time of the above-alleged

15   offenses, defendant DREYER was a physician licensed to practice

16   medicine in the State of California and committed the offenses

17   while acting and intending to act outside the usual course of

18   professional practice and without a legitimate medical purpose.

19   B.    MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE
         ACCOMPLISHED
20

21        The objects of the conspiracy were to be accomplished in

22   substance as follows:

23        1.   Defendant HOWARD would recruit individuals to obtain

24   prescriptions for oxycodone.

25        2.   Defendant DREYER would write the prescriptions for

26   oxycodone for the recruited individuals without conducting a

27   legitimate medical exam on the individuals.

28        3.   Defendant HOWARD would cause defendant DREYER to receive

                                   2

1  payments of between $100 to $200 inclusive for each prescription of
2  oxycodone that defendant DREYER wrote.

3      4.    Defendants DREYER and HOWARD would recruit a courier to
4  go to pharmacies and fill certain of the oxycodone prescriptions
5  that defendant DREYER wrote.

6      5.    The courier would obtain the oxycodone pills from
7  pharmacies and deliver the oxycodone pills to defendant HOWARD.

8      6.    Defendant HOWARD would sell the oxycodone pills to
9  unindicted co-conspirator A, who operated a pharmacy in Tijuana,
10 Mexico.

11 C.   OVERT ACTS

12      In furtherance of the conspiracy and to accomplish the objects
13 of the conspiracy, defendants DREYER and HOWARD, and others known
14 and unknown to the Grand Jury, committed various overt acts within
15 the Central District of California and elsewhere, including but not
16 limited to the following:

17      1.    In or about 2004, at the request of defendant HOWARD,
18 C.E. used her name to obtain oxycodone prescriptions that defendant
19 DREYER wrote.

20      2.    On or about October 22, 2005, defendant DREYER wrote C.E.
21 a prescription for 90 pills of 80 milligram oxycodone.

22      3.    On or about November 19, 2005, defendant DREYER wrote
23 C.E. a prescription for 90 pills of 80 milligram oxycodone.

24      4.    On or about January 10, 2006, defendant DREYER wrote
25 C.E. a prescription for 90 pills of 80 milligram oxycodone.

26      5.    In or about 2005, defendants DREYER and HOWARD recruited
27 C.D. to act as a courier by going to pharmacies in order to fill
28 oxycodone prescriptions that defendant DREYER wrote.

COUNTS TWO THROUGH TWENTY

[21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(D), (b)(2);

18 U.S.C. § 2(b)]

On or about the following dates, in Riverside County, within the Central District of California and elsewhere, defendant JOEL STANLEY DREYER, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional and unlawful distribution and dispensing, of the below-listed schedule II, III, and IV controlled substances, to the following persons:

| COUNT | DATE | CONTROLLED SUBSTANCE/BRAND NAME (SCHEDULE) | NO. PILLS | PERSON |
|---|---|---|---|---|
| TWO | 10/22/2005 | Oxycodone/Oxycontin (II) | 90 | C.E. |
| THREE | 11/19/2005 | Oxycodone/Oxycontin (II) | 90 | C.E. |
| FOUR | 12/02/2005 | Oxycodone/Oxycontin (II) | 140 | S.M. |
| FIVE | 01/10/2006 | Oxycodone/Oxycontin (II) | 90 | C.E. |
| SIX | 11/14/2006 | Hydrocodone/Norco (III) | 120 | B.S. |
| SEVEN | 11/24/2006 | Hydrocodone/Norco (III) | 120 | M.H. |
| EIGHT | 11/24/2006 | Alprazolam/Xanax (IV) | 90 | M.H. |
| NINE | 12/14/2006 | Hydrocodone/Norco (III) | 120 | M.H. |
| TEN | 12/14/2006 | Alprazolam/Xanax (IV) | 90 | M.H. |
| ELEVEN | 01/23/2007 | Hydrocodone/Norco (III) | 120 | M.H. |
| TWELVE | 01/23/2007 | Alprazolam/Xanax (IV) | 90 | M.H. |
| THIRTEEN | 02/20/2007 | Hydrocodone/Norco (III) | 120 | M.H. |
| FOURTEEN | 02/06/2007 | Hydrocodone/Vicodin (III) | 120 | UC1 |

4

| FIFTEEN | 02/06/2007 | Alprazolam/Xanax | (IV) | 90 | UC1 |
| SIXTEEN | 04/10/2007 | Oxycodone/Percocet | (II) | 30 | UC1 |
| SEVENTEEN | 06/18/2007 | Hydrocodone/Lortab | (III) | 120 | T.F. |
| EIGHTEEN | 06/18/2007 | Alprazolam/Xanax | (IV) | 90 | T.F. |
| NINETEEN | 07/17/2007 | Hydrocodone/Lortab | (III) | 120 | T.F. |
| TWENTY | 07/17/2007 | Alprazolam/Xanax | (IV) | 60 | T.F. |

COUNT TWENTY-ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(b)]

On or about December 2, 2005, in Riverside County, within the Central District of California, defendant JOEL STANLEY DREYER, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional and unlawful distribution and dispensing, of 90 pills of oxycodone, with the brand name of Oxycontin, a schedule II controlled substance, to J.S.

It is further alleged that the above distribution of oxycodone to J.S., and J.S.'s use of such oxycodone, resulted in the death of J.S.

COUNTS TWENTY-TWO THROUGH TWENTY-FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 21 U.S.C. § 859;

18 U.S.C. § 2(b)]

On or about the following dates, in Riverside County, within the Central District of California and elsewhere, defendants JOEL STANLEY DREYER ("DREYER") and MITCHELL GARRETT HOWARD, then both at least eighteen years of age, knowingly and intentionally distributed and dispensed, and caused the intentional and unlawful distribution and dispensing, of the below-listed schedule II controlled substance to A.E., a person under twenty-one years of age.

It is further alleged that at the time of the offenses, defendant DREYER was a physician licensed to practice medicine in the State of California and committed the offenses while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose.

| COUNT | DATE | CONTROLLED SUBSTANCE/BRAND NAME | NO. PILLS |
|-------|------|----------------------------------|-----------|
| TWENTY-TWO | 05/03/2005 | Oxycodone/Oxycontin | 90 |
| TWENTY-THREE | 05/31/2005 | Oxycodone/Oxycontin | 90 |
| TWENTY-FOUR | 06/28/2005 | Oxycodone/Oxycontin | 90 |

COUNTS TWENTY-FIVE THROUGH TWENTY-SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(D), (b)(2); 21 U.S.C. § 859;

18 U.S.C. § 2(b)]

On or about June 8, 2007, in Riverside County, within the Central District of California, defendant JOEL STANLEY DREYER, then at least eighteen years of age and a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional and unlawful distribution and dispensing, of the below-listed schedule III and IV controlled substances to J.B., a person under twenty-one years of age:

| COUNT | CONTROLLED SUBSTANCE/BRAND NAME (SCHEDULE) | NO. PILLS |
|-------|--------------------------------------------|-----------|
| TWENTY-FIVE | Hydrocodone/Norco (III) | 120 |
| TWENTY-SIX | Alprazolam/Xanax (IV) | 90 |

COUNTS TWENTY-SEVEN THROUGH THIRTY

[21 U.S.C. §§ 846, 841(a)(1), (b)(1)(D), (b)(2);

18 U.S.C. § 2(b)]

On or about the dates set forth below, in Riverside County, within the Central District of California, defendant JOEL STANLEY DREYER, then a physician licensed to practice medicine in the State of California, while acting outside the scope of professional practice, knowingly, intentionally, and unlawfully attempted to distribute and dispense, and to cause the intentional and unlawful distribution and dispensing, of the

///

below-listed schedule III and IV controlled substances, to the following persons:

| COUNT | DATE | CONTROLLED SUBSTANCE/BRAND NAME (SCHEDULE) | | NO. PILLS | PERSON |
|---|---|---|---|---|---|
| TWENTY-SEVEN | 03/06/2007 | Hydrocodone/Vicodin | (III) | 60 | UC2 |
| TWENTY-EIGHT | 03/06/2007 | Alprazolam/Xanax | (IV) | 30 | UC2 |
| TWENTY-NINE | 03/20/2007 | Hydrocodone/Vicodin | (III) | 90 | UC3 |
| THIRTY | 03/20/2007 | Alprazolam/Xanax | (IV) | 60 | UC3 |

A TRUE BILL



_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office

ANTOINE F. RAPHAEL
Assistant United States Attorney
Deputy Chief, Riverside Branch Office

JOSEPH B. WIDMAN
Assistant United States Attorney