Wayne R. Gross (#138828)
grossw@gtlaw.com
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Jeffrey M. Singletary (#233528)
jsingletary@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant
Joel Stanley Dreyer

cc: U.S. PROBATION,
U.S. PRETRIAL SERVS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOEL STANLEY DREYER,<br><br>　　　　　Defendant. | CASE NO.: 5:08-CR-00041-VAP-1<br><br>JUDGE:　Virginia A. Phillips<br><br>**ORDER CONTINUING SENTENCING** |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby continues the sentencing hearing of defendant JOEL STANLEY DREYER from April 19, 2010 at 9:00 a.m. to May 17, 2010 at 9:00 a.m.

Dated: March 18, 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

11285446.1