Wayne R. Gross (SBN 138828); grossw@gtlaw.com
Greenberg Traurig, LLP
3161 Michelson Dr., Ste. 1000, Irvine, CA 92612
Jeffrey M. Singletary (SBN 233528)
jsingletary@swlaw.com
Snell & Wilmer LLP
600 Anton Blvd., Ste. 1400, Costa Mesa, CA 92626

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:08-CR-00041-VAP-1 |
| v. | |
| JOEL STANLEY DREYER | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
1) Ex Parte Application to Seal Documents; 2) [Proposed] Order on Ex Parte Application to Seal Documents; 3) Ex Parte Application to Continue Sentencing Hearing; Memorandum of Points and Authorities; Declaration; and 4) [Proposed] Order on Ex Parte Application to Continue Sentencing Hearing

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  Ex Parte Applications to File Under Seal

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

September 29, 2010
Date

/s/ Jeffrey M. Singletary
Attorney Name

Defendant Joel Stanley Dreyer
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                            NOTICE OF MANUAL FILING

United States of America v. Joel Stanley Dreyer
USDC, Central District Case No. ED 5:08-CR-00041 SGL-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2010, I electronically filed the document described as **Notice of Manual Filing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Antoine F. Raphael<br>U.S. Attorney's Office<br>AUSA – Office of U.S. Attorney<br>3880 Lemon Street, Suite 210<br>Riverside, CA 92501 | Attorneys for Plaintiff<br>Phone:      (951) 276-6246<br>Facsimile:  (951) 276-6202<br>email: Antoine.Raphael@usdoj.gov |
| Wayne R. Gross, Esq.<br>Greenberg Traurig LLP<br>3161 Michelson Drive, Suite 1000<br>Irvine, CA 93612 | Co-Counsel for Defendant Joel Stanley Dreyer<br>Phone:      (949) 732-6500<br>Facsimile:  (949) 732-6501<br>email: grossw@gtlaw.com |

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by Overnight Delivery to the following non-CM/ECF participants:

Joel Stanley Dreyer, M.D.          Defendant
25605 Cayla Court
Sun City, CA 92586

Dated: September 29, 2010          SNELL & WILMER L.L.P.

                                   By: s/Jeffrey M. Singletary
                                   Jeffrey M. Singletary
                                   Attorneys for Defendant
                                   Joel Stanley Dreyer

11294815.1                                           CERTIFICATE OF SERVICE