# EXHIBIT D

# Admission and Orientation Handbook



# Federal Medical Center Rochester, Minnesota

Updated September 2009

# INTRODUCTION

Welcome to the Federal Medical Center (FMC), Rochester, Minnesota. FMC Rochester is one of six medical referral centers within the Federal Bureau of Prisons. Your placement at this facility is twofold. One, you have been placed in the custody of the Attorney General, and the Federal Bureau of Prisons has designated you to serve your sentence at this facility. Our goal is to maintain a safe, secure, and clean institution for both staff and inmates. Two, placement at this facility is for medical and/or mental health treatment, or as a work cadre inmate servicing a wide variety of work assignments in a health care environment.

FMC, Rochester has long established a tradition of excellence in correctional health care. We are frequently relied upon to provide health care to offenders with complex mental and physical illnesses. Inmates are sent to us directly from the U.S. Courts, as well as from other Bureau of Prison facilities throughout the country. The expertise and knowledge of our many correctional and health care professionals will assist in many avenues during the tenure of your confinement to include release preparation, a most important component, and the successful treatment of any illnesses. FMC, Rochester's health care delivery system has become a trademark model within the agency.

To accomplish our objective of providing quality health care consistent with community standards within a correctional environment, we will require the cooperation of everyone. Therefore, we have prepared this Admission and Orientation Booklet to provide you with information concerning services and programs offered by this institution, and the policies and procedures that govern its operation.

This booklet is designed to give you a brief overview of the institution and the services that are available to you. It will inform you of your rights, and in turn, what is expected of you during your incarceration at FMC, Rochester.

If you have difficulty reading or comprehending the material in this booklet, notify your Unit Manager and arrangements will be made to have the information read to you.

# FMC Devens

The Federal Medical Center (FMC) Devens is an administrative facility housing male offenders requiring specialized or long-term medical or mental health care. FMC Devens also has a satellite camp housing minimum security male inmates.

FMC Devens is located in north central Massachusetts, approximately 39 miles west of Boston and 20 miles north of Worcester, on the decommissioned military base of Fort Devens.

**Judicial District**: Massachusetts



FMC Devens Contact Information

FMC Devens Admissions & Orientation (A&O) Handbook  Type: PDF  Size: 755.21 KB

Legal Activities, Inmate  Type: PDF  Size: 127.33 KB

FMC Devens Visiting Regulations  Type: PDF  Size: 169 KB

# FMC Butner

The Federal Medical Center (FMC) is part of the Butner Federal Correctional Complex, in Butner, North Carolina. FMC Butner is an administrative facility that houses male inmates of all security levels. An adjacent satellite prison camp houses minimum security male inmates.

FMC Butner is located near the Research Triangle area of Durham, Raleigh, and Chapel Hill.

**Judicial District**: Eastern North Carolina



FMC Butner Contact Information

FMC Butner Admissions & Orientation (A&O) Handbook — Type: PDF  Size: 2.27 MB

FMC Butner La admisión & Guía de Orientación — Type: PDF  Size: 1.94 MB

Legal Activities, Inmate — Type: PDF  Size: 127.33 KB

FCC Butner Visiting Regulations — Type: PDF  Size: 151.2 KB

FCC Butner Regulaciones de Visitas — Type: PDF  Size: 149.5 KB

The mission of the Federal Medical Center, Butner, North Carolina (FMC Butner) is to provide protection to society by providing confinement services for committed offenders. We provide a safe, secure, and humane environment, providing an opportunity for positive change while carrying out the judgements of the Federal Courts. In addition as a Federal Medical Center we provide extensive medical services and mental health care to the inmate population.

## INTRODUCTION

The purpose of this handbook is to provide inmates new to the FMC with general information regarding the Bureau of Prisons (BOP) and its programs. It also describes policy and procedures specific to this institution, including the rules and regulations inmates must follow during their confinement. The material in this handbook will orient new inmates with what they will encounter when they enter the institution, and should assist them in their initial adjustment to institution life.

## UNIT MISSION STATEMENTS

**Unit Team**
A unit is a self-contained inmate living area that includes housing sections and office space for unit staff. Each unit is staffed by a Unit Team directly responsible for those inmates living in that unit. The unit staff typically includes the Unit Manager, one or more Case Manager, one or more Counselors and one or more Unit Secretary. The Staff Psychologist, Education Advisor and Unit Officer are also members of the Unit Team, and may attend team meetings.

Inmates will be assigned to a specific Unit Team. Issues and concerns should initially be addressed with the Unit Team. Failure to initiate requests or grievances at the Unit Team level will often delay resolution of matters, as the Unit Team will usually need to become involved in the process at some point. Therefore, inmates are encouraged to work with their team when possible to resolve any disputes.

Unit Team members are available to assist in many areas, including parole matters, release planning, personal and family problems, counseling, and assistance in setting goals during incarceration. A member of a Unit Team will be at the institution weekdays from 7:30am to 9:00pm, and during the day on weekends and holidays. Unit Team members usually schedule their working hours in such a manner that at least one will be available at times inmates are not working.

## GENERAL FUNCTIONS OF UNIT STAFF

**UNIT MANAGER**
The Unit Manager is the administrative head of the unit and oversees all unit programs and activities. He/she is a Department Head at the institution and has a close working relationship with other departments and personnel. The Unit Manager is the "Chairperson" of the Team and

# MCFP Springfield

The U.S. Medical Center for Federal Prisoners (MCFP) in Springfield, Missouri, is an administrative facility that provides medical, mental health, and dental services to male offenders.

MCFP Springfield is located at the corner of Sunshine Street and Kansas Expressway in Springfield.

**Judicial District**: Western Missouri



[MCFP Springfield Contact Information](#)

[MCFP Springfield Admissions & Orientation (A&O) Handbook](#)   Type: PDF  Size: 587.69 KB

[MCFP Springfield La admisión & Guía de Orientación](#)   Type: PDF  Size: 181.50 KB

[Legal Activities, Inmate](#)   Type: PDF  Size: 61.42 KB

[MCFP Springfield Visiting Regulations](#)   Type: PDF  Size: 155.10 KB

[MCFP Springfield Regulaciones de Visitas](#)   Type: PDF  Size: 163.70 KB

# FMC Lexington

The Federal Medical Center (FMC) in Lexington, Kentucky is an administrative facility for male inmates. The facility also has an adjacent minimum security satellite camp for female inmates.

FMC Lexington is located 7 miles north of Lexington on U.S. Highway 421.

**Judicial District**: Eastern Kentucky



FMC Lexington Contact Information

| | |
|---|---|
| FMC Lexington Admissions & Orientation (A&O) Handbook | Type: PDF Size: 340.33 MB |
| FMC Lexington La admisión & Guia de Orientación | Type: PDF Size: 687.74 KB |
| FMC Lexington Visiting Regulations | Type: PDF Size: 132.4 KB |
| FMC Lexington Regulaciones de Visitas | Type: PDF Size: 17.22 MB |

# FMC Lexington

The Federal Medical Center (FMC) in Lexington, Kentucky is an administrative facility for male inmates. The facility also has an adjacent minimum security satellite camp for female inmates.

FMC Lexington is located 7 miles north of Lexington on U.S. Highway 421.

**Judicial District**: Eastern Kentucky



FMC Lexington Contact Information 

FMC Lexington Admissions & Orientation (A&O) Handbook  Type: PDF  Size: 340.33 MB

FMC Lexington La admisión & Guía de Orientación  Type: PDF  Size: 687.74 KB

FMC Lexington Visiting Regulations  Type: PDF  Size: 132.4 KB

FMC Lexington Regulaciones de Visitas  Type: PDF  Size: 17.22 MB