1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | SHERI PYM
Assistant United States Attorney
3 | Chief, Riverside Office
ANTOINE F. RAPHAEL (Cal. State Bar No. 214919)
4 | Assistant United States Attorney
Deputy Chief, Riverside Office
5 |      3880 Lemon Street, Suite 210
       Riverside, California 92501
6 |      Telephone:  (951) 276-6246
       Facsimile:  (951) 276-6202
7 |      E-mail: Antoine.Raphael@usdoj.gov

8 | Attorney for Plaintiff
United States of America

9 |

10 |              UNITED STATES DISTRICT COURT

11 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,      ) No. ED CR 08-41(A)-VAP
                                )
13 |              Plaintiff,      ) GOVERNMENT'S SUPPLEMENT TO ITS
                                ) SENTENCING POSITION STATEMENT:
14 |         v.                   ) VICTIM IMPACT STATEMENTS
                                )
15 | JOEL STANLEY DREYER,          ) Sentencing Date: Dec. 13, 2010
                                )
16 |              Defendant.      ) Time: 2:30 p.m.
                                )
17 |                              ) Place: Courtroom of the Hon.
                                ) Virginia A. Phillips
18 | _____ )

19 |

20 |      Plaintiff United States of America hereby submits victim

///

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1 | impact statements and photographs it has received from the family

2 | of Jessica Silva.

3 | Dated: December 9, 2010                    Respectfully Submitted,

4 |                                            ANDRÉ BIROTTE JR.
                                               United States Attorney
5 |
                                               SHERI PYM
6 |                                            Assistant United States Attorney
                                               Chief, Riverside Office
7 |

8 |                                            /s/ (electronically signed)
                                               ANTOINE F. RAPHAEL
9 |                                            Assistant United States Attorney

10 |                                           Attorneys for Plaintiff
                                               United States of America

2

## VICTIM IMPACT STATEMENT                **Violent Crime**

UNITED STATES V. **Joel Stanley Dreyer**

CASE NO. **ED CR 08-41**

NAME: **BRETT SICILIANO (BROTHER)**

**Many people are more comfortable writing about their experiences.**

**For the following questions, feel free to attach additional sheets of paper if needed.**

1. Mark the words or phrases that best describe your feelings and reactions to this crime.
   **PLEASE REMEMBER THESE ARE ALL NORMAL REACTIONS**

### Feelings

| | | | | | |
|---|---|---|---|---|---|
| ☒ Anger | ☒ Guilt | ☒ Anxiety | ☒ Depression | ☒ Unsafe | ☒ Grief |
| ☒ Fear | ☒ Numbness | ☒ Sad | ☒ Scared | ☒ Tense | ☒ Confused |

### Experiences

| | | |
|---|---|---|
| ☒ Nightmares | ☒ Forgetfulness | ☒ Fear the Defendant will return |
| ☒ Trouble concentrating | ☒ Uncontrolled crying | ☒ Repeated memory of the crime |
| ☒ Appetite change | ☒ Want to be alone | ☒ No trust in anyone |
| ☒ Fear of being alone | ☒ Family not as close | ☒ Thoughts of suicide |
| ☒ Lost job | ☒ School stress | ☒ Family stress |

2. What would you like the judge to know about you and the impact of this crime?

It was a cold December Christmas day 2005. My sister Jessica did not show up for our Christmas dinner party. I new something was wrong. My mother and I rushed over to my sister's house where, she didn't not answer the front door. We called the police and broke open the glass window to her home. As I rushed inside her bedroom, I could see the police standing over my sister's lifeless body as she laid there face down, blue and not moving. Her little dog was by her side, crying and scratching her lifeless body. I new my best friend and sister was dead. My second worst fear was going back outside to tell my mother. Once my mother looked into my face as I walked slowly up to her, she collapsed down on her knees letting out a crying sound that will be stuck in my head for the rest of my life... Christmas will never be the same...

ED CR 08-41

3.    Please describe below how members of your family have been affected by this crime?

My sister was one of my best friends in the whole world. We grew up together and went to the same schools together; we laughed, loved and cried together. I knew that bringing (X-Dr. Death Dreyer) to justice wasn't going to be easy but I knew that my sister would have done the same thing for me.  I know the X-Dr. is trying to stall the court with his many excuses and lies about his brain damage etc.... But his time has come!!!!!!!!! It is time for your Honor to put him were he needs to be. In Jail for the rest of his life and to pay restitution, (Not to my mother but) to the charity we find fit to help other kids to stay off of drugs...

4.    Have you or members of your family received counseling or therapy? ☒YES ☐NO
      If yes, please be certain to complete the attached financial statement.

                                                                    *SEE ATTACHED*

5.    What would you like to see happen to the person who committed the crime against you?

Please sentence Joel at our next court appearance on December 13, 2010. This will be perfect timing and help in the closer for some of the unimaginable pain that my mother and whole family will feel for the rest of our lives. Please let this next Christmas dinner of 2010 be a Christmas dinner that the family will remember forever, not only being the holiday that my sister was taken from us but also the holiday Justice was served. Please help Jessica to smile down from heaven at her family, as we stair at the chair we leave open for her at the Christmas dinner table for the last five years... GOD BLESS YOU...

## VICTIM IMPACT STATEMENT

**Violent Crime**

UNITED STATES V. Joel Stanley Dreyer

CASE NO. ED CR 08-41

NAME: HEDY PORR (MOTHER)

**Many people are more comfortable writing about their experiences.**

**For the following questions, feel free to attach additional sheets of paper if needed.**

1. Mark the words or phrases that best describe your feelings and reactions to this crime.
PLEASE REMEMBER THESE ARE ALL NORMAL REACTIONS

**Feelings**

☐ Anger ☐ Guilt ☐ Anxiety ☑ Depression ☐ Unsafe ☑ Grief
☐ Fear ☐ Numbness ☑ Sad ☐ Scared ☐ Tense ☐ Confused

**Experiences**

☐ Nightmares ☑ Forgetfulness ☐ Fear the Defendant will return
☑ Trouble concentrating ☑ Uncontrolled crying ☐ Repeated memory of the crime
☐ Appetite change ☑ Want to be alone ☐ No trust in anyone
☐ Fear of being alone ☐ Family not as close ☑ Thoughts of suicide
☑ Lost job ☐ School stress ☑ Family stress

2. What would you like the judge to know about you and the impact of this crime?

Your Honor,
   Perhaps closure will end
my Heartache and Dispare..

   Let justice be served!

   In Memory of my
Daughter Jessica Tia
   Sincerely,
      Hedy Porr

Page 1
Revised 6/2006

ED CR 08-41

3. Please describe below how members of your family have been affected by this crime?

*See attached Statement*

4. Have you or members of your family received counseling or therapy? ☑ YES ☐ NO
If yes, please be certain to complete the attached financial statement *See attachment*



5. What would you like to see happen to the person who committed the crime against you?

*Justice!*

6. Is there anything else you would like the Judge before the defendant is sentenced?

Additional sheets of paper can be attached if necessary.

*I Need closure!*

United States v        Joel Stanley Dreyer
Case No.               ED CR 08-41
Name:                  Barbara R. Ott (Aunt of Jessica)
Date:                  November 17, 2010

This page is the Attachment to the Form provided and is my response to items 2 on Page 1 and items 3 through 6 on Page 2.

Page 1 item 1 is responded to on the Form

Page 3 item A does not apply to me or my family.

Page 1 Item 2 response:        I helped raise Jessica over the years, and like her mother Hedy, I feel like I lost a daughter too. It's very difficult to help raise a child so that they become a respected person of their community and to have the illegal acts of others cause their death.

Page 2 item 3 response:        I have lost my niece, too many years before a natural/normal passing. She was only 34 and could have lived another 40 or 50 years. My family was deprived of that time. She was waiting to have children so she missed the joy of having and raising those children. My family missed the opportunity to love, care for, and help raise those children.
We had her "Farewell Ceremony" on the day of her Birthday, January 1.....What a terrible way to miss her Birthday celebration.
We miss her.....her lovely smile and laugh......her happiness......her loving......none of which can be replaced.
We have wept millions of tears, knowing that her life was cut short by a Doctor who didn't or shouldn't have had the right to practice medicine. He simply didn't care who he hurt or killed.
We miss her and we know that we can't see her until we're in heaven.
It's unfair and we feel cheated.
Jessica was loved....

Page 2 Item 4 response:        No

Page 2 Item 5 response:        Not wanting to seem too harsh, it's too bad that he doesn't get the same sentence that he imposed on Jessica........he killed her.........why not a life for a life?
Life in prison would be too good for him.
Taking his License away and stopping him from practicing Medicine is so below the extent of the crime that this should be/should have been, automatic. Why let him kill someone else?

Page 2 Item 6 response:.        The Doctor is the worse type of criminal.....trusted to help people and preserve life should have been his mission....instead, he chose to take the profits by prescribing medication in bad judgment to people who didn't have a need or cause.

## VICTIM IMPACT STATEMENT                                      Violent Crime

UNITED STATES V. Joel Stanley Dreyer

CASE NO. ED CR 08-41

NAME:  BARBARA R. OTT

**Many people are more comfortable writing about their experiences.**

**For the following questions, feel free to attach additional sheets of paper if needed.**

1. Mark the words or phrases that best describe your feelings and reactions to this crime.
   **PLEASE REMEMBER THESE ARE ALL NORMAL REACTIONS**

### Feelings

- ☒ Anger
- ☐ Guilt
- ☐ Anxiety
- ☒ Depression
- ☐ Unsafe
- ☒ Grief
- ☐ Fear
- ☒ Numbness
- ☒ Sad
- ☐ Scared
- ☒ Tense
- ☐ Confused

### Experiences

- ☐ Nightmares
- ☐ Trouble concentrating
- ☒ Appetite change
- ☐ Fear of being alone
- ☐ Lost job
- ☐ Forgetfulness
- ☒ Uncontrolled crying
- ☒ Want to be alone
- ☐ Family not as close
- ☐ School stress
- ☐ Fear the Defendant will return
- ☐ Repeated memory of the crime
- ☐ No trust in anyone
- ☐ Thoughts of suicide
- ☒ Family stress

2. What would you like the judge to know about you and the impact of this crime?

   SEE ATTACHMENT

United States v         Joel Stanley Dreyer
Case No.                ED CR 08-41
Name:                   Barbara R. Ott (Aunt of Jessica)
Date:                   November 17, 2010

This page is the Attachment to the Form provided and is my response to items 2 on Page 1 and items 3 through 6 on Page 2.

Page 1 item 1 is responded to on the Form

Page 3 item A does not apply to me or my family.

Page 1 Item 2 response:          I helped raise Jessica over the years, and like her mother Hedy, I feel like I lost a daughter too. It's very difficult to help raise a child so that they become a respected person of their community and to have the illegal acts of others cause their death.

Page 2 Item 3 response:          I have lost my niece, too many years before a natural/normal passing. She was only 34 and could have lived another 40 or 50 years. My family was deprived of that time. She was waiting to have children so she missed the joy of having and raising those children. My family missed the opportunity to love, care for, and help raise those children.
We had her "Farewell Ceremony" on the day of her Birthday, January 1.....What a terrible way to miss her Birthday celebration.
We miss her.....her lovely smile and laugh......her happiness......her loving......none of which can be replaced.
We have wept millions of tears, knowing that her life was cut short by a Doctor who didn't or shouldn't have had the right to practice medicine. He simply didn't care who he hurt or killed.
We miss her and we know that we can't see her until we're in heaven.
It's unfair and we feel cheated.
Jessica was loved....

Page 2 Item 4 response:          No

## Amended 11-20-2010   Page 2 Item 5 response:          *He needs to receive the maximum penalty allowed by law.   (My pervious comment in the original submission was based on how I feel but I recognize that my feelings aren't relevant.*
Taking his License away and stopping him from practicing Medicine is so below the extent of the crime that this should be/should have been, automatic.

Page 2 Item 6 response:.          The Doctor is the worse type of criminal.....trusted to help people and preserve life should have been his mission....instead, he chose to take the profits by prescribing medication in bad judgment to people who didn't have a need or cause.

United States v        Joel Stanley Dreyer
Case No.               ED CR 08-41
Name:                  Bert R. Ott (Uncle of Jessica through marriage)
Date:                  November 17, 2010

This page is the Attachment to the Form provided and is my response to items 2 on Page 1 and items 3 through 6 on Page 2.

Page 1 Item 1 is responded to on the Form

Page 3 item A does not apply to me or my family.

Page 1 Item 2 response:        I helped my wife raise Jessica over the years, and like Jessica's mother Hedy, I feel that my wife lost a daughter too. It was very difficult for us to help raise Jessica so that she'd be a respected person of the community, and to then have the illegal acts of others cause her death. A shocking death; a discovery during the Christmas Holidays; and, a burial on New Years Day. What a shame and what a loss.

Page 2 item 3 response:        Jessica was taken long before her time. I felt the grief and I felt the grief of my wife, our daughters and our son. All of us feel the grief, but my wife's pain is more than I can express.
Her mother Hedy and her brother Brett suffer.....still.
The pain does not subside over time. It still hurts all of us.
She was only 34 and could have lived another 40 or 50 years. My family was deprived of that time.
She was waiting to have children so she missed the joy of having and raising those children.
My family missed the opportunity to love, care for, and help raise those children.
We had her Wake on the day of her Birthday, January 1.....A day I'll never forget.
January 1 was also her Birthday. What a terrible way to miss her Birthday celebration.
We miss her.....her lovely smile and laugh......her happiness......her loving......none of which can be replaced. Time doesn't mend our pain.
We have wept millions of tears, knowing that her life was cut short by a Doctor who didn't or shouldn't have had the right to practice medicine. He simply didn't care who he hurt or killed. Money was/is his god and damn everything and everyone else.
We miss her.
It's unfair and we feel cheated and deprived.
Jessica was loved....

Page 2 Item 4 response:        No

Page 2 Item 5 response:        How do you punish a monster? He's a person who simply didn't care about his patients. He simply wanted to get rich/richer at any cost, including through the death of others.
You need to lock him-up forever and take away any sense of civility. He actually deserves worse.

Page 2 Item 6 response:        The Doctor is the worse type of criminal.....trusted to help people and preserve life should have been his mission....instead, he chose to take the profits by prescribing medication in bad judgment to people who didn't have a need or cause.

## VICTIM IMPACT STATEMENT                    **Violent Crime**

UNITED STATES V. **Joel Stanley Dreyer**

CASE NO. **ED CR 08-41**

NAME: **MICHAEL A. OTT**

### Many people are more comfortable writing about their experiences.

### For the following questions, feel free to attach additional sheets of paper if needed.

1.Mark the words or phrases that best describe your feelings and reactions to this crime.
### PLEASE REMEMBER THESE ARE ALL NORMAL REACTIONS

**Feelings**

☒ Anger ☐ Guilt ☐ Anxiety ☒ Depression ☐ Unsafe ☒ Grief
☐ Fear ☐ Numbness ☒ Sad ☐ Scared ☐ Tense ☒ Confused

**Experiences**

☐ Nightmares ☐ Forgetfulness ☐ Fear the Defendant will return
☐ Trouble concentrating ☐ Uncontrolled crying ☒ Repeated memory of the crime
☐ Appetite change ☐ Want to be alone ☐ No trust in anyone
☐ Fear of being alone ☐ Family not as close ☐ Thoughts of suicide
☐ Lost job ☐ School stress ☒ Family stress

2.    What would you like the judge to know about you and the impact of this crime?

JESSICA WAS MY COUSIN AND WILL CONTINUE TO ALWAYS LIVE
IN MY HEART. SHE WAS TAKEN TOO EARLY FROM ALL
OF US. I HAVE TWO YOUNG DAUGHTERS AND IT BREAKS MY
HEART THAT NEITHER OF THEM WERE ABLE TO
MEET JESSICA WHILE SHE WAS ALIVE. THE FULL
IMPACT IS DIFFICULT TO ARTICULATE, BUT I AM
SADDENED TO KNOW MY COUSIN WAS THE VICTIM OF THIS
PREDATOR. I AM ALSO COMFORTED TO KNOW THAT
THE FREEDOM OF THIS PREDATOR WILL BE TAKEN
AWAY.

ED CR 08-41

3.    Please describe below how members of your family have been affected by this crime?

OUR FAMILY HAS BEEN SIGNIFICANTLY IMPACTED BY THE DEATH
OF JESSICA. SHE WAS A LOVED DAUGHTER, SISTER,
NIECE, AND COUSIN. JESSICA WAS FOUND ON CHRISTMAS
DAY, WHICH TRAUMATIZED THE ENTIRE FAMILY AND WHICH
WILL SERVE AS A REMINDER EACH AND EVERY YEAR. THE
FAMILY WILL NEVER RECOVER FULLY, BUT SENDING THIS
CRIMINAL TO PRISON WILL HELP PROVIDE CLOSURE.

4.    Have you or members of your family received counseling or therapy? ☐ YES  ☒ NO
      If yes, please be certain to complete the attached financial statement.

5.    What would you like to see happen to the person who committed the crime against you?

THE PERSON WHO PRESCRIBED AND ENCOURAGED THE USE OF THE
POISONOUS MEDICATION AND PROFITED FROM BEING A
MERCHANT OF DEATH SHOULD LIVE OUT THE REST OF HIS DAYS
IN A CELL.

6.    Is there anything else you would like the Judge before the defendant is sentenced?
      Additional sheets of paper can be attached if necessary.

ON BEHALF OF MY FAMILY, WE THANK THE COURT FOR
FINDING MR. DREYER GUILTY. WE URGE THE COURT
TO SENTENCE HIM TO AS LONG OF A SENTENCE AS
POSSIBLE TO PREVENT HIM FROM VICTIMIZING
ANYONE EVER AGAIN.

# VICTIM IMPACT STATEMENT                 **Violent Crime**

UNITED STATES V. **Joel Stanley Dreyer**

CASE NO. **ED CR 08-41**

NAME: **Melanie Ott**

*Many people are more comfortable writing about their experiences.*

**For the following questions, feel free to attach additional sheets of paper if needed.**

1. Mark the words or phrases that best describe your feelings and reactions to this crime.
   **PLEASE REMEMBER THESE ARE ALL NORMAL REACTIONS**

**Feelings**

☒ Anger          ☐ Guilt          ☐ Anxiety          ☒ Depression          ☐ Unsafe          ☐ Grief
☐ Fear           ☐ Numbness       ☒ Sad              ☐ Scared             ☐ Tense           ☐ Confused

**Experiences**

☐ Nightmares              ☐ Forgetfulness           ☒ Fear the Defendant will return
☒ Trouble concentrating   ☐ Uncontrolled crying     ☐ Repeated memory of the crime
☐ Appetite change         ☒ Want to be alone        ☐ No trust in anyone
☐ Fear of being alone     ☐ Family not as close     ☐ Thoughts of suicide
☐ Lost job                ☐ School stress           ☒ Family stress

2. What would you like the judge to know about you and the impact of this crime?

This has been a difficult tragedy to get over. My beautiful cousin had her life shortened because Mr. Dreyer made it possible in his illegal fraudulent schemes for my cousin, Jessica, to receive "prescription" pills in ridiculous amounts, that no legitimate Dr. would ever prescribe. Just to make an extra buck & a client list! A beautiful angel was created, but out of malicious & corrupt behavior/practices. He deserves to get a harsh punishment!

Page 1
Revised 6/2006

ED CR 08-41

3.    Please describe below how members of your family have been affected by this crime?

My aunt, cousin Brett, & mother were affected the most. My aunt had her only daughter taken away from here as well as her bestfriend. My cousin Brett had his sister & friend taken away. All of us have had a piece of us ripped away. We cope & move on, but we never forget. I found out on Christmas morning of Jessica's passing & forever will my holiday be tormented with sad thoughts of a wonderful human being being taken away on a time for joy!!

4.    Have you or members of your family received counseling or therapy? ☐ YES ☒ NO
      If yes, please be certain to complete the attached financial statement.        I only speaking for self.

5.    What would you like to see happen to the person who committed the crime against you?

I would like to see the defendant get as much time as he possibly can, he is a horrible person for doing something aweful just for an extra buck.

6.    Is there anything else you would like the Judge before the defendant is sentenced?

      Additional sheets of paper can be attached if necessary.

Please take into consideration my cousin is only one of the lives "DR." Dreyer has affected & if not given the many right punishment, he will just continue to find ways to keep doing malpractice!

Page 2
Revised 6/2006

# VICTIM IMPACT STATEMENT

**Violent Crime**

UNITED STATES V. Joel Stanley Dreyer

CASE NO. ED CR 08-41

NAME: Gina Avery (Jessica Silva's cousin)

**Many people are more comfortable writing about their experiences.**

**For the following questions, feel free to attach additional sheets of paper if needed.**

1. Mark the words or phrases that best describe your feelings and reactions to this crime.
PLEASE REMEMBER THESE ARE ALL NORMAL REACTIONS

**Feelings**

☒ Anger   ☐ Guilt   ☐ Anxiety   ☐ Depression   ☐ Unsafe   ☒ Grief
☐ Fear   ☐ Numbness   ☒ Sad   ☐ Scared   ☐ Tense   ☐ Confused

**Experiences**

☐ Nightmares   ☐ Forgetfulness   ☐ Fear the Defendant will return
☐ Trouble concentrating   ☐ Uncontrolled crying   ☐ Repeated memory of the crime
☐ Appetite change   ☐ Want to be alone   ☐ No trust in anyone
☐ Fear of being alone   ☐ Family not as close   ☐ Thoughts of suicide
☐ Lost job   ☐ School stress   ☐ Family stress

2.   What would you like the judge to know about you and the impact of this crime?

When Jessica passed away, I didn't just lose a cousin or family member, I lost a friend.
We spent many days, nights, and weekends together as kids.  These memories with Jessica are
my most remembered and cherished times.  "Cousins" doesn't seem accurate...more like sisters
as often as we were together and the relationship we had.  We stayed close as adults.  We got
together often and communicated often.  I miss the advice we would give each other and our
heart to heart talks.  I was looking forward to sharing these times with her for the rest of our lives.
I didn't realize how little time I had left with her and I miss her very much.  I am reminded of her
often when I come across pictures from childhood or remember some of our inside jokes and
even now as I write this I have a knot in my throat and tears in my eyes.
I am angry that her life ended so soon.  Dr. Dreyer should not have enabled her to take so many
drugs.  He should have been a solution or resource in her recovery and not an enabler.
I am sad because Dr. Dreyer in my eyes, is responsible for the times I cannot have with Jessica.
I am sad that Jessica crossed paths with a doctor so willing to prescribe her the prescriptions that
in the end took her life.
I still feel grief when I think of Jessica and how short her life was and when I think of all the family
events she is missed at.  Jessica has missed out on four new additions to our family.  Jessica
was found by her mother and brother on Christmas and I will never forget showing up for
Christmas dinner and being told that Jessica had passed away.  My heart sank and every year
we are all reminded of Jessica and we all grieve all over again.

Page 1
Revised 6/2006

ED CR 08-41

3.    Please describe below how members of your family have been affected by this crime?

I think our family feels guilty, sad, angry, and we all grieve losing Jessica still. Jessica and my grandmother were very close. Jessica took care of our grandmother after she was diagnosed as terminal. Our grandmother had to grieve the loss of Jessica before she passed away herself.
Jessica was a daughter, sister, cousin, niece, and a friend. My aunt Hedy (Jessica's mom) hasn't been the same since she passed away. My heart breaks for my aunt Hedy everytime I see her.
My mom still gets choked up every time she and I talk about Jessica.
Jessica will never be forgotten and we all miss her.

4.    Have you or members of your family received counseling or therapy? ☐ YES ☒ NO
If yes, please be certain to complete the attached financial statement.

5.    What would you like to see happen to the person who committed the crime against you?

I think it is reckless of Dr. Dreyer to prescribe medication so willingly. Dr. Dreyer should definitely not be able to practice as a doctor again. I think Dr. Dreyer should do time in jail for assisting in her death. Dr. Dreyer knew the consequences and took a vow to prevent these cases, not create them.

6.    Is there anything else you would like the Judge before the defendant is sentenced?

Additional sheets of paper can be attached if necessary.

# VICTIM IMPACT STATEMENT

**Violent Crime**

UNITED STATES V. Joel Stanley Dreyer

CASE NO. ED CR 08-41

NAME: Jazmin Grieve (2nd Cousin)

**Many people are more comfortable writing about their experiences.**

**For the following questions, feel free to attach additional sheets of paper if needed.**

1. Mark the words or phrases that best describe your feelings and reactions to this crime.
PLEASE REMEMBER THESE ARE ALL NORMAL REACTIONS

**Feelings**

☒ Anger  ☐ Guilt  ☐ Anxiety  ☐ Depression  ☐ Unsafe  ☒ Grief
☐ Fear  ☐ Numbness  ☒ Sad  ☐ Scared  ☐ Tense  ☐ Confused

**Experiences**

☐ Nightmares  ☐ Forgetfulness  ☐ Fear the Defendant will return
☒ Trouble concentrating  ☐ Uncontrolled crying  ☐ Repeated memory of the crime
☐ Appetite change  ☐ Want to be alone  ☐ No trust in anyone
☐ Fear of being alone  ☒ Family not as close  ☐ Thoughts of suicide
☐ Lost job  ☒ School stress  ☒ Family stress

2. What would you like the judge to know about you and the impact of this crime?

The impact of this crime was really stressful and saddening to my whole family. Each member of the family had different feelings, but the one feeling we all shared is sadness. I miss Jessica so much, we shared so many fun times, she was my personal barbie doll. She treated me so well and always wanted me to have the best of everything. For a long time my family was very connected and loving and when Jessica passed away the family just fell apart like a puzzle. Jessica always made things seem better than they usually are and she always put a smile on everyone's face because of her kindness. She is very much missed by me and I will never forget her, I wish she was here to be with us for the holidays and I wish her and I could still do the same things as we used to do together. Another thing this crime has done to me is also open my eyes to drug use and the way doctors hand out prescriptions like it is nothing. Jessica will never be forgotten in my heart and she will always be with us forever.

ED CR 08-41

3.    Please describe below how members of your family have been affected by this crime?

The members of my family have been affected by this crime is by the stress and the worry between each of us. We are more aware with our family and making sure we know what is going on with everyone. For a while we drifted away and some of us are still apart from the family. It has been really hard to be accepting in our family because there is so much negativity between all of us as if there is no more hope in our family thinking that we can try so hard to change each one of us. That really adds a lot of stress, if Jessica was here everything in our family would be different. She changed the whole attitude of everyone to make them think positive. My family will never be the same, but the one thing that stays still is we always love each other no matter what. And we will fight for our loved ones as much as we can. That is exactly what we are doing for Jessica. We know we can not get her back which is why we are still remembering her and loving her.

4.    Have you or members of your family received counseling or therapy? ☐ YES ☒ NO
       If yes, please be certain to complete the attached financial statement.

5.    What would you like to see happen to the person who committed the crime against you?

I would like to see the Doctor have his license taken away and I would like to see him do time in jail.

6.    Is there anything else you would like the Judge before the defendant is sentenced?
       Additional sheets of paper can be attached if necessary.

I want the judge to know how missed Jessica is and how much she still means to this family. We have so many stories and memories that we still talk about to this day. It is really sad to see her gone.









JESSICA & MOM



NEW YEAR'S BABY Jessica Porr, daughter of Dr. and Mrs. John J. Porr, 14761 Ridgeboro Pl., Tustin is the winner of this year's Baby Derby, sponsored by The News and Tustin merchants. Jessica was born at 4:27 p.m. Jan. 1 at St. Joseph Hospital and weighed 6 pounds, 13 ounces. The Porrs who have lived in Tustin since March have another January baby in the family, their son, Brett, 11 months, born last Jan. 29.

NEWS Photo